

No. 11–6008/AF.  U.S. v. James M. Boore.  CCA 2011–01.  Appellant's motion to stay proceedings is denied.

Wednesday, September 7, 2011

No. 09–5003/AF.  U.S. v. Brandon T. Rose.  CCA 36508.  Notice is hereby given that a motion for enlargement of time to file a certificate for review of the decision of the Air Force Court of Criminal Appeals was filed by the United States under Rule 30 on this date.

Thursday, September 8, 2011

